**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50511 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00510-AHM |
| v. | |
| DANG VAN PHAM, a.k.a. John D. Pham, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
A. Howard Matz, District Judge, Presiding

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Dang Van Pham appeals from the 37-month sentence imposed following his

guilty-plea conviction for willful failure to pay withheld payroll taxes, and aiding

and abetting, in violation of 26 U.S.C. § 7202 and 18 U.S.C. § 2.  We dismiss.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Pham contends that the district court's application of the two-level offense role enhancement under U.S.S.G. § 3B1.1(c) is not supported by the record and violates his due process rights. We are precluded from reaching the merits of Pham's claim by a valid appeal waiver. *See United States v. Nunez*, 223 F.3d 956, 958-59 (9th Cir. 2000); *see also United States v. Bibler*, 486 F.3d 621, 624 (9th Cir. 2007).

**DISMISSED.**